Eeade, J.
 

 The case involves the construction of the following clause in the will of Edwin Potts: “ I give and bequeath to nephew Edwin P. Hall all my lands starting at the Beatty’s-Ford road, and running so as to include E. P. Hall’s spring, and Ferrill’s spring, and running a straight line to Jane Blakely’s line; and the following negroes, Bill, &c., to take them in possession and have the use of them after my decease, But not to be at his disposal, but for the use of his children, heirs of his own body, and no others whatever.”
 

 The question is whether the land, as well as the slaves, is given to Edwin P. Hall in trust for his children, or whether the land is given to him absolutely.. The grammatical construction evidently limits the trust to the slaves, and gives the land to E. P. Hall absolutely. There is nothing to control that construction, and therefore it must prevail.
 

 It will be observed that the clause directs him “ to take them in possession and have the use of them after my decease but it is stated in the pleading that he had the possession of the land at the -.date of the will. The pronoun “ them ” evidently refers to the slaves and not to the land.
 

 There is error in refusing to dissolve the injunction.
 

 This opinion will be certified to the court below, to the end that the injunction may be dissolved, &c.
 

 There is error.
 

 Pee. Curiam.
 

 Ordered accordingly.